# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION


JOSE LUIS FERNANDEZ                                              PETITIONER


v.                              NO. 5:12CV00037 JMM


RAY HOBBS, Director of the                                      RESPONDENT
Arkansas Department of Correction


## ORDER


The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Jose Luis Fernandez is dismissed. All requested relief is denied, and, in accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied. Judgment will be entered for respondent Ray Hobbs.

IT IS SO ORDERED this <u>29th</u> day of <u>May</u>, 2012.

_____
UNITED STATES DISTRICT JUDGE